| United States District Court | | Southern District of Texas |
|---|---|---|
| Command Cinema Corporation, | § § § § § § § § § § | |
| Plaintiff, | | |
| versus | | Civil Action H-12-1464 |
| Floyd Edward Hodges, et al., | | |
| Defendants. | | |

# Final Judgment

1. Command Cinema Corporation takes from Floyd Edward Hodges:

   A. Damages .......................................... $ 4,500
   B. Attorneys' fees .................................. $ 1,000
   C. Post-judgment interest at 0.11% per annum.

2. The apparent party websites are dismissed because they are not juridical entities.

Signed on August 7, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge